UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDDIE CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:09cv0317 TCM ) |
| TRIMAC TRANSPORTATION CENTRAL INC., and GEORGE C. DINSMORE, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court having been advised by the parties' designated neutral that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **April 5, 2010**.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a proposed consent judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of June, 2009.