UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EDDIE CAMPBELL, ) | |
| ) Case No. 4:09-CV-317 | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRIMAC TRANSPORTATION CENTRAL ) | |
| INC. ) | |
| ) | |
| and ) | |
| ) | |
| GEORGE C. DINSMORE, ) | |
| ) **JURY DEMAND REQUESTED** | |
| Defendants. ) | |

MOTION:
Granted ✓
Denied _____
Overruled _____
Date
(CDnw) 8/13/09

## *STIPULATION FOR DISMISSAL*

It is hereby stipulated by and between Plaintiff Eddie Campbell and Defendants Trimac Transportation Central, Inc. and George C. Dinsmore that all claims and causes of action against Defendants Trimac Transportation Central, Inc. and George C. Dinsmore shall be dismissed with prejudice. Each party to bear their own court costs.

*/s/ Mark Bahn*

Mark R. Bahn   #25791
Federal Registration No.
McAVOY & BAHN, L.C.
Attorney for Plaintiff
330 Water Street
Fenton, Missouri 63026
(636) 343-9753
(636) 343-8669 (Fax)